VILLAGE OF WILLISTON PARK, Appellant, *v.* MURRAY ISRAEL et al., Respondents.

Argued October 3, 1950; decided October 19, 1950.

*Louis G. Hart, Jr.,* for appellant.

*Remsen B. Ostrander* and *Albert H. Levine* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.